**No. 59739.**—Wood, Niebuhr & Co. *v.* United States, protest 253030–K (New York).

Opinion by WILSON, J. The record disclosed that the reduced rate of duty made applicable by the collector was on the assumption that the involved merchandise was withdrawn from warehouse on July 14, 1951. It appeared, however, that the merchandise was withdrawn from warehouse on August 14, 1951, at which time the proper rate of duty applicable to the merchandise in question was the rate claimed herein. On the record presented, the claim of the plaintiff was sustained.